UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| 3M COMPANY,<br><br>          Plaintiff,<br><br>   v.<br><br>AIME LLC, MARK BACIAK, AND MICHAEL BINGHAM,<br><br>          Defendants. | CASE NO. 2:20-cv-01096-RAJ<br><br>**DEFENDANTS DEMAND FOR JURY TRIAL**<br><br>**JURY TRIAL DEMANDED** |

DEFENDANTS' DEMAND FOR JURY TRIAL
Case No.: 2:20-cv-01096-RAJ -1

LAW OFFICE OF RICHARD D. ROSS
2737 37TH AVE SW
SEATTLE, WA 98126
T: 206.660.0512

Defendant AIME LLC, Mark Baciak, and Michael Bingham hereby demand a jury trial on all issues so triable.

Dated this 16th day of October 2020

LAW OFFICE OF RICHARD D. ROSS

By  _s/ Richard D. Ross_ _____
   Richard D. Ross, WSBA No. 34502
   richard.d.ross@icloud.com
   Law Office of Richard D. Ross
   2737 37th Ave SW
   Seattle, WA 98126
   Telephone: 206.660.0512

By:  _s/ R. Gale Porter, Jr._ _____
   R. Gale Porter, Jr., FBN 0578584
   gale@porterlawgroup.net
   Paralegal@porterlawgroup.net
   PORTER LAW GROUP LLC
   1646 W. Snow Ave. Suite 11
   Tampa, Florida 33606
   P: 813.405.3100 F: 813.603.6301
   *Pro Hac Vice*

   Attorney for Defendants and
   Counterclaim Plaintiffs AIME, LLC,
   Mark Baciak, and Michael Bingham

.

DEFENDANTS' DEMAND FOR JURY TRIAL
Case No.: 2:20-cv-01096-RAJ -2

LAW OFFICE OF RICHARD D. ROSS
2737 37TH AVE SW
SEATTLE, WA 98126
T: 206.660.0512

1

## **CERTIFICATE OF SERVICE**

2          I hereby certify that on October 16, 2020, I electronically filed the foregoing with the

3    Clerk of the Court using the CM/ECF system which will send notification of such filing to all

4    parties of record at the email address identified in the same.

5                                              By _s/ Richard D. Ross_____
                                                    Counsel for Defendants
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26