HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| 3M COMPANY,<br><br>                Plaintiff,<br><br>vs.<br><br>AIME LLC, MARK BACIAK, AND MICHAEL BINGHAM,<br><br>                Defendants. | Case No. 2:20-cv-01096-RAJ<br><br>**NOTICE OF MOTION RENOTED** |

Pursuant to LCR 7(l), Plaintiff hereby renotes its Motion to Dismiss Defendants' Counterclaims (Dkt. No. 23) to January 22, 2021.

Dated: December 14, 2020.        GORDON REES SCULLY MANSUKHANI, LLP

                                                  By: *s/ W. Gregory Lockwood*
                                                  Nancy M. Erfle, WSBA No. 20644
                                                  nerfle@grsm.com
                                                  W. Gregory Lockwood, WSBA No. 52232
                                                  wglockwood@grsm.com

                                                  *Attorneys for Plaintiff 3M Company*

NOTICE OF MOTION RENOTED – Page 1        **GORDON REES SCULLY MANSUKHANI, LLP**
                                                                                1300 SW Fifth Avenue, Suite 2000
                                                                                Portland, OR 97204
                                                                                  Telephone: (503) 382-3855
                                                                                  Facsimile : (503) 616-3600