UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| 3M COMPANY,<br><br>                    Plaintiff,<br>    v.<br><br>AIME LLC et al.,<br><br>                    Defendant. | Case No. 2:20-cv-01096-TL<br><br>Order Extending Time to File Joint Status Report |

      This matter comes before the Court on the Parties' Joint Motion to Extend Time to File the Joint Status Report. Dkt. No. 37. On February 9, 2022, the Court entered a Minute Order (Dkt. No. 36) informing the Parties' of a conflict with the previously scheduled trial date and directing the parties, within seven days, to file a joint status report with: (1) a discussion of the prospects for a settlement, if any; (2) an overview of any anticipated issues for trial; (3) a current estimate of the number of days required for trial; and (4) the dates on which trial counsel may have conflicts or other complications to be considered in setting a trial date this year. Finding good cause shown, the Court GRANTS the Parties' motion for additional time to file the joint

status report as described herein. The joint status report shall not exceed **three (3) pages** and shall be filed by **no later than February 23, 2022**.

Additionally, in their motion, the Parties indicate that they "jointly agree that more time will be required for discovery and all other case deadlines." Dkt. No. 37 at 1. However, the Court notes that all case management deadlines up to and including the deadline for filing dispositive motions had already elapsed prior to entering its Minute Order. *See* Dkt. No. 36. If the Parties intend to request an extension of deadlines that have already passed, the joint status report shall also address the grounds for requesting an extension of the elapsed deadlines.

IT IS SO ORDERED.

Dated this 18th day of February 2022.

Tana Lin
United States District Judge