UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| 3M COMPANY,<br><br>                    Plaintiff,<br><br>        v.<br><br>AIME LLC et al.,<br><br>                    Defendant. | CASE NO. 2:20-cv-01096-TL<br><br>ORDER OF REFERRAL |

      This action is assigned to the Honorable Tana Lin, United States District Judge. All future documents filed in this case must bear the cause number 2:20-cv-01096-TL-BAT. The Court has reviewed the files and records herein and determined that certain pretrial matters are appropriate to refer to a Magistrate Judge as described below.

      Pursuant to 28 U.S.C. § 636(b)(1)(A) and Local Magistrate Judge Rule ("MJR") 3(a), the Court hereby refers to Magistrate Judge Brian A. Tsuchida all non-dispositive pretrial matters, other than those matters excluded by 28 U.S.C. § 636(b)(1)(A). Federal Rule of Civil Procedure 72(a) governs any objections to Magistrate Judge Tsuchida's rulings concerning any non-dispositive motions. See also MJR 3(b).

ORDER OF REFERRAL - 1

Accordingly, the Court ORDERS that the above-entitled action be referred to Magistrate Judge Tsuchida for the specific purposes and types of motions described herein. The Court further DIRECTS and EMPOWERS Magistrate Judge Tsuchida to conduct hearings and make further necessary orders consistent with 28 U.S.C. § 636, the local rules, and this Order.

IT IS SO ORDERED.

Dated this 16th day of March 2022.

Tana Lin
United States District Judge

ORDER OF REFERRAL - 2