UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

3M COMPANY ,

                    Plaintiff,

        v.

AIME LLC et al.,

                    Defendant.

CASE NO. 2:20-cv-01096-TL-BAT

**ORDER DIRECTING PARTIES TO SUBMIT A PROPOSED PROTECTIVE ORDER**

The parties in the Joint Status Report (JSR) state they " believe this case involves confidential information and intend to seek a protective order to govern disclosure of discovery responses." Dkt.15 at 4. Sixteen months have passed since the JSR was filed and no protective order is in place. Now, the parties are engaged in a discovery dispute in which the lack of a protective order is implicated. *See* Dkt 42. The Court accordingly **ORDERS**:

1.        The parties shall confer and file a proposed stipulated protective order; if the parties cannot agree on a stipulated order, each party will file a separate proposed protective order for the Court's consideration.

2.        The proposed stipulated protective order or orders shall be filed no later than **March 25, 2022**.

3.        If the parties wish to consent to Magistrate Judge Brian Tsuchida, counsel for

ORDER DIRECTING PARTIES TO SUBMIT
A PROPOSED  PROTECTIVE ORDER - 1

1    each party should email Judge Tsuchida's in-court clerk at andy_quach@wawd.uscourts.gov

2    indicating consent is given. If the parties do not advise Mr. Quach by March 24, 2022, the case

3    will remain assigned to the current District Judge.

4              The clerk shall provide copies of this order to the parties and the assigned United States

5    District Judge.

6              DATED this 17th day of March, 2022.

7

8                                                                    _____
                                                                     BRIAN A. TSUCHIDA
9                                                                    United States Magistrate Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

ORDER DIRECTING PARTIES TO SUBMIT
A PROPOSED  PROTECTIVE ORDER - 2