UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| 3M COMPANY , <br><br> Plaintiff, <br><br> v. <br><br> AIME LLC, et al., <br><br> Defendants. | CASE NO. 2:20-cv-01096-TL <br><br> **ORDER DENYING DEFENDANTS' MOTION TO COMPEL** |

Defendants move to compel 70 of their 82 individual requests for production. **Dkt. 42**. As plaintiff notes, defendants' brief is overlength by 32 pages and violated several other, basic local rules. *See* LCR 7(b)(1), 7(d)(3), 7(e)(4), 7(f), 10(e)(1). The Court **DENIES** defendants' motion to compel, Dkt. 42, because plaintiff has demonstrated that defendants failed to meet and confer meaningfully and in good faith to explain why their requests are relevant and proportional to the needs of this case, particularly in light of the Court's dismissal of several of defendants' counterclaims. *See* Dkts. 34, 46, 47. Moreover, the Court has entered a Protective Order contemporaneously with this Order that may assist in the timely production of documents.

The Court **ORDERS** the parties to meet and confer by **April 29, 2022**, regarding any ongoing discovery disputes. Only thereafter will the Court consider a renewed motion to compel from defendants that narrows the issues and conforms with all applicable local rules.

ORDER DENYING DEFENDANTS' MOTION
TO COMPEL - 1

Plaintiff has requested attorney fees for responding to the motion to compel. Dkt. 46, at 12. The Court **ORDERS** defendants to file by **April 11, 2022**, a brief no longer than 8 pages in length addressing why plaintiff should not be awarded attorney fees due to defendants' failure to meet and confer meaningfully before filing an overlength and overbroad motion to compel. Plaintiff may file by **April 15, 2022**, a responsive brief no longer than 4 pages in length on attorney's fees that also appends an accounting of the time and expenses expended on responding to defendants' motion to compel. The Clerk should note plaintiff's request for attorney fees for consideration on **April 15, 2022**.

DATED this 28th day of March, 2018.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER DENYING DEFENDANTS' MOTION
TO COMPEL - 2