UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| 3M COMPANY,<br><br>      Plaintiff,<br><br>  v.<br><br>AIME LLC, et al.,<br><br>      Defendants. | CASE NO. 2:20-cv-01096-TL<br><br>**ORDER STRIKING MOTIONS TO WITHDRAW AS COUNSEL WITH LEAVE TO RENEW UPON FILING OF CERTIFICATIONS** |

  The Court **STRIKES** the motions to withdraw filed by defendants' attorneys, Dkts. 71, 73, because, in violation of the Local Rules, counsel did not include a certification that the motion was served on their *clients* in addition to being served on opposing counsel. LCR 83.2(b)(1); *see* Dkt. 71, at 12; Dkt. 73, at 10. Also in violation of the Local Rules, defendants' counsel have failed to certify that they have "advised the business entity that it is required by law to be represented by an attorney admitted to practice before this court and that failure to obtain a replacement attorney by the date the withdrawal is effective may result in the dismissal of the business entity's claims for failure to prosecute and/or entry of default against the business entity as to any claims of other parties." LCR 83.2(b)(4). The Court **GRANTS LEAVE TO RENEW** the motions to withdraw (Dkts. 71, 73) once these certifications have been filed. The motions should be noted in accordance with Local Civil Rule 7(d)(3) based on the date on which the

ORDER STRIKING MOTIONS TO
WITHDRAW AS COUNSEL WITH LEAVE
TO RENEW UPON FILING OF
CERTIFICATIONS - 1

proper certifications have been filed.

The Court notes that it has received correspondence from the former law firm of counsel Richard D. Ross stating that Mr. Ross is no longer employed there and that further official correspondence should not be sent to the law firm. In declarations, Mr. Ross has also stated that he left the law firm at the end of October 2022. Dkts. 65, 72. The Local Rules provide that an attorney must file a notice with the court of any change in address, telephone number or email address. LCR 10(f). Mr. Ross has failed to do so. It is insufficient to put this information within one's signature block with the expectation that the Clerk of Court will *sua sponte* make the change on his behalf.

DATED this 9th day of December, 2022.

BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER STRIKING MOTIONS TO
WITHDRAW AS COUNSEL WITH LEAVE
TO RENEW UPON FILING OF
CERTIFICATIONS - 2