UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| 3M COMPANY, | |
| Plaintiff, | CASE NO. 2:20-cv-01096-TL |
| v. | **ORDER DENYING DEFENDANTS' MOTIONS TO RENOTE AND TO EXTEND TIME** |
| AIME LLC, et al., | |
| Defendants. | |

Defendants move to renote and to extend time to respond to plaintiff's motions for summary judgment and for contempt. Dkts. 84, 85. The Court **DENIES** defendants' motion to renote and to extend time to respond to the motion for summary judgment (**Dkt. 84**) and defendants' motion to renote and to extend time to respond to the motion for contempt (**Dkt. 85**).

Defendants' counsel David Dallas Dickey applied for leave to appear *pro hac vice* on January 19, 2023, i.e., nearly two months after the discovery deadline, five weeks after motions to withdraw by defendants' counsel R. Gale Porter and Richard D. Ross were stricken as deficient, a week after the motion for summary judgment was filed, and the same day the motion for contempt was filed. *See* Dkts. 41, 75, 77, 81. Blatant disregard for court-ordered deadlines, a failure to file motions that conform with the Local Rules, and an attempt to permit the withdrawal of counsel without filing a cognizable motion to do so, do not constitute good cause

ORDER DENYING DEFENDANTS'
MOTIONS TO RENOTE AND TO EXTEND
TIME - 1

to renote or to extend time to respond to plaintiff's motions for summary judgment and for contempt.

DATED this 30th day of January, 2023.

BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER DENYING DEFENDANTS'
MOTIONS TO RENOTE AND TO EXTEND
TIME - 2