1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

3M COMPANY,

                        Plaintiff,

     v.

AIME LLC, et al.,

                       Defendants.

CASE NO. 2:20-cv-01096-TL

**ORDER GRANTING
DEFENDANTS' ATTORNEYS AN
EXTENSION OF TIME TO PAY
MONETARY SANCTIONS**

On February 13, 2023, the Court ordered defendants' attorneys R. Gale Porter and

Richard D. Ross either to pay plaintiff 3M's costs and fees for bringing its motion for contempt

or to object to 3M's accounting of its costs and fees by February 24, 2023. Dkt. 103. On

February 24, 2023, the parties filed a stipulation and proposed order to extend the time by which

Mr. Porter and Mr. Ross must pay the monetary sanctions. Dkt. 106. Mr. Porter and Mr. Ross

have filed no objection to the amount of the sanctions and seek only an extension of time to pay

them. *See id.* The Court therefore **ORDERS** that Mr. Porter and Mr. Ross are granted an

extension of time to pay the monetary sanctions: **Mr. Porter and Mr. Ross** must pay **$8,470 in

monetary sanctions** directly to 3M by **March 3, 2023**. *See* Dkt. 105.

ORDER GRANTING DEFENDANTS'
ATTORNEYS AN EXTENSION OF TIME TO
PAY MONETARY SANCTIONS - 1

1

DATED this 27th day of February, 2023.

2

3

BRIAN A. TSUCHIDA
United States Magistrate Judge

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

ORDER GRANTING DEFENDANTS'
ATTORNEYS AN EXTENSION OF TIME TO
PAY MONETARY SANCTIONS - 2