UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| 3M COMPANY,<br><br>                    Plaintiff,<br><br>   v.<br><br>AIME LLC, et al.,<br><br>                  Defendants. | CASE NO. 2:20-cv-01096-TL<br><br>**ORDER REQUESTING BRIEFING ON DEFENDANTS' MOTION FOR RECONSIDERATION, HOLDING SANCTIONS DEADLINE IN ABEYANCE, AND ADDRESSING NOTING DATES** |

      Defendants move for reconsideration of the February 13, 2023 order granting discovery sanctions in favor of plaintiff 3M (Dkt. 103). Dkt. 108. The Court requests responsive briefing: 3M shall file a responsive brief by **March 13, 2023**; defendants may file an optional reply brief by **March 17, 2023**; and the motion for reconsideration (**Dkt. 108**) is re-noted for consideration on **March 17, 2023**. The Court **holds in abeyance** defendants' requirement to pay monetary sanctions by March 3, 2023 (**Dkt. 107**) until such time defendants' motion to reconsideration is resolved and, if necessary, a new deadline is set. The Court **DIRECTS** the Clerk to **STRIKE** the noting date for defendants' objections to the undersigned magistrate judge's February 13, 2023 order (**Dkt. 112**): those objections will be re-noted for consideration once the motion for reconsideration is resolved.

ORDER REQUESTING BRIEFING ON
DEFENDANTS' MOTION FOR
RECONSIDERATION, HOLDING
SANCTIONS DEADLINE IN ABEYANCE,
AND ADDRESSING NOTING DATES - 1

DATED this 28th day of February, 2023.

                                         BRIAN A. TSUCHIDA
                                         United States Magistrate Judge

ORDER REQUESTING BRIEFING ON DEFENDANTS' MOTION FOR RECONSIDERATION, HOLDING SANCTIONS DEADLINE IN ABEYANCE, AND ADDRESSING NOTING DATES - 2