# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| 3M COMPANY,<br><br>      Plaintiff,<br> v.<br><br>AIME LLC, *et al.*,<br><br>      Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NO. C20-1096-JCC |

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

The Court GRANTS Summary Judgement to Plaintiff on all claims. (Dkt. No. 77.)

 DATED this 7th day of June 2023.

                RAVI SUBRAMANIAN
                Clerk of Court

                /s/ *Samantha Spraker*
                Deputy Clerk